IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

                                                                 ORDER

                Petitioner,

    v.                                                    08-cv-446-bbc

DON STRAHOTA, Security Director,
SERGEANTS HILBERT and PHILLIPS,
WARDEN MIKE THURMER, CAPT. O'DONOVAN,
JAMES MUENCHOW, ICE, MICHAEL MEISNER, ICE,
and THERESA MURPHY, ICE,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

From petitioner's failure to withdraw his notice of voluntary dismissal within the time allowed in this court's order of September 30, 2008, I infer that petitioner does not oppose the voluntary dismissal of this case on the condition that the dismissal be with prejudice. The clerk of court is requested to enter judgment with prejudice in respondents' favor and close this case.

Entered this 22nd day of October, 2008.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge