# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

CHARLES LAMONT NORWOOD,

   Petitioner,

  v.

DON STRATHOTA, Security Director,
SEGEANTS HILBERT and PHILLIPS,
WARDEN MIKE THURMER, CAPT. O'DONOVAN,
JAMES MUENCHOW, ICE, MICHAEL MEISNER,
ICE and THERESA MURHY, ICE,

   Respondents.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-446-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against respondents.


JOEL TURNER

---
Joel Turner, Acting Clerk

/s/ M. Hardin

---
by Deputy Clerk

_____10/22/08_____
Date